David S. Macfarlane, Plaintiff in Error, v. Amanda M. Archer, Defendant in Error.

### Division B.

Writ of error to Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

Sparkman & Carter for plaintiff in error.

F. M. Simonton for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*